FILED
2026 Nov-02 PM 07:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

United States of America
v.
GARRICK RAWLS

Defendant(s)

Case No. 3:26MJ64-RP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 31, 2026 in the county of Tate in the Northern District of Mississippi, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 844(i) | Maliciously damaging or attempting to damage, by means of fire or an explosive, any building or other property affecting interstate commerce |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

JOSHUA GARRETT — Digitally signed by JOSHUA GARRETT Date: 2026.11.02 10:23:16 -06'00'

*Complainant's signature*

Joshua Garrett, Special Agent ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 2, 2026

*Judge's signature*

City and state: Oxford, MS

Judge Roy Percy, US Magistrate Judge, NDMS

*Printed name and title*

**AFFIDAVIT**

I, Joshua Garrett, Special Agent of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), currently assigned to the Oxford, Mississippi Field Office of the New Orleans Field Division. I have been employed by the ATF since February 2023. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and am a graduate of the ATF National Academy. I have received investigative training in overt and covert investigations regarding criminal acts involving firearms and narcotics trafficking by individuals, organizations, and/or gangs. I have received training in fire investigations, explosives, and post-blast scene investigations. Additionally, during both the Criminal Investigator Training Program and the ATF National Academy, I have received training involving the use of the internet and social media by individuals and/or gangs to promote, describe, or further criminal activity.

2. Prior to my employment with the ATF, I was employed by the DeSoto County, MS Sheriff's Office for approximately twelve (12) years. During my employment with the DeSoto County Sheriff's Office, I spent several years in the Special Investigations Division, which was the drug investigations unit of the Sheriff's Office. During my time with the Special Investigations Division, I took part in hundreds of short-term and long-term investigations involving drugs, firearms, gangs, currency, violent crimes, and property crimes. As a part of these investigations, I have authored numerous residential search warrants and presented them to circuit court judges for review. Furthermore, I have attended training regarding interview and interrogation (RCTA),

emergency narcotics operations (RCTA), Prescription Drug Investigations (RCTA), Proactive Patrol Tactics (Street Cop Training), among others.

3. I am involved in the investigation of Garrick Rex RAWLS and others for violating Title 18, United States Code, Section 844(i), maliciously damaging or attempting to damage, by means of fire or an explosive, any building or other property affecting interstate commerce. The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and/or other information obtained from witnesses, other agents, and other law enforcement personnel. This affidavit is intended to show merely that probable cause exists for the requested warrant and does not set forth all my knowledge in this matter.

4. The United States, including Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), is conducting a criminal investigation of Garrick RAWLS and/or persons unknown regarding possible violations of Title 18, United States Code, Section 844(i), maliciously damaging or attempting to damage, by means of fire or an explosive, any building or other property affecting interstate commerce.

## PROBABLE CAUSE

5. On Saturday, October 31, 2026, at approximately 4:35 AM, the Senatobia Police Department and Senatobia Fire Department responded to the report of a fire at the Senatobia Police Department, located at 114 N. Center Street in Senatobia, MS. After the fire was extinguished by the Senatobia Fire Department, the Tate County Sheriff's Office fire investigator was notified and responded to the scene. At approximately 8:00 AM, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) was notified and responded as well.

6. Your affiant spoke with the Senatobia Police Department Chief Lamorris Hampton, subsequent to the incident. Chief Hampton advised that the Senatobia Police Department receives

funding from numerous places, one of which being funding provided by the federal government. Your affiant also knows through his training and experience that the majority of police departments receive federal funding. Your affiant also knows that police departments utilize numerous pieces of different equipment, to include computers and electronic devices and stationery, among other things, that are received from out of state. Chief Hampton relayed that this incident shut his police department down for an extended period of time during this fire investigation, due to manpower issues and managing the scene.

7. During a review of security cameras at the police department, as well as surveillance cameras of multiple businesses in the downtown Senatobia area, an individual can be seen walking down N. Center Street towards Main Street at approximately 4:32 AM. The individual is wearing dark clothing, a hood, and a mask, and is carrying a backpack and a white paper sack containing what appears to be a gas can. The individual crosses Main Street, continuing onto N. Center Street.

8. The individual is observed on cameras walking up to a window along the front of the police department, and utilizing what appears to be a hammer to break the window. The individual then enters the lobby area of the police department and begins to empty the canister with what appears to be a liquid. This is seen on an interior camera. During this time, what appear to be long dread locks can be seen at the back of the individual's waistline protruding from the hoodie. A short time later, the individual exits the lobby via the hole made and ignites the flammable liquid. The subsequent explosion sends the individual flying back into the roadway, with several body parts on fire, including the right foot area. The individual is seen attempting to extinguish themselves before collecting the backpack, which was lying on the ground, on fire, and running southbound on N. Center Street to Main St. The individual is seen crossing the street and

extinguishing the backpack on the sidewalk just south of Main Street on N. Center Street.

9. After the blast, the hood was removed from the individual's head, and waist-length dread locks can be seen hanging from the individual's head. See photograph below:



10. A search of the immediate area in front of the police department revealed a partially burned "Hilfiger" brand boot, with a rubber sole and cloth top, two latex gloves (one found near the police department and one found towards Main Street in the roadway, a mostly burned hammer, and the nozzle from a gas can. A piece of burned substance with what appears to be a hair was collected from the area where the individual was seen extinguishing the backpack.

11. Investigators began a canvass of the area and obtained video footage from several businesses. Investigators also spoke to numerous people in the community regarding the incident, attempting to locate any possible witnesses. Your affiant spoke with several law enforcement personnel from the area, as well as people in the community, regarding the incident. After describing the suspect, several different people directed law enforcement to "Garrick RAWLS." RAWLS is a civil rights activist who has been extremely active in the Senatobia community following the death of Kohen Wiley and the subsequent civil unrest in the city. RAWLS has been

recorded at numerous protests, marches, rallies, and vigils in the Senatobia area since the Wiley incident. RAWLS is depicted below in one such protest:



12. Investigators were made aware that on the night of Friday, October 30, 2026, there was a candlelight vigil at the Senatobia City Hall. This was recorded on social media by Marquell Bridges, another civil rights activist. During the recording, RAWLS can be seen participating in the vigil, wearing what appear to be camouflage pants and a coat. This took place at approximately 7:30 PM.

13. During the investigation, investigators were able to locate Bridges and other activists staying at the Hampton Inn hotel in Batesville, MS, on November 1, 2026. Agents worked with the hotel staff and were able to review the hotel surveillance footage. The hotel reported that Bridges checked into the hotel on Friday, October 30, 2026, and that RAWLS was a name listed on the room as well. Your affiant observed RAWLS unloading luggage from a dark colored Nissan Altima belonging to Bridges at approximately 6:34 PM, wearing a camouflage jacket and faded camouflage pants. Your affiant recognized RAWLS based on his physical appearance and from other photographs of RAWLS.

14. At approximately 3:49 AM, an individual with a physical appearance similar to RAWLS is observed by the hotel surveillance cameras wearing what appears to be the camouflage coat worn by RAWLS earlier, with a black hood and mask, walk into the parking lot and get into a silver Jeep Wrangler, then leave the premises. A search of license plate reader databases shows a silver Jeep Wrangler enter Senatobia at I-55 and Highway 4, at approximately 4:25 AM. The Jeep is then seen leaving the city on the same license plate at approximately 4:41 AM. The Jeep is shown to have no tag on the LPR reads at that time.

15. Agents observed that Bridges posted a video on his Facebook page on Wednesday, October 28, 2026, showing a female that was later identified as Amberia Wade, as well as RAWLS, standing near a silver Jeep Wrangler matching the description from the hotel and the LPR reads.

16. Investigators were able to determine that one of the activists observed at the hotel, Amberia Wade, has a silver Jeep Wrangler, Mississippi tag [redacted] which is registered to her at [redacted] in Jackson, MS. The Jeep was seen on an LPR leaving the city of Senatobia at 9:01 PM on October 30, 2026, which would be just after the candlelight vigil.

17. Investigators have observed Wade at the Hampton Inn in Batesville, MS. Her Jeep,

however, is not on the premises, nor is it in any of the adjoining business parking lots. Investigators believe that RAWLS utilized the Jeep, then did not return to the hotel.

18. Furthermore, investigators have observed Wade at the Hampton Inn throughout the day of November 1, 2026. Investigators have not observed RAWLS or Wade's vehicle throughout the surveillance period.

19. Investigators were able to develop a cell phone number of [redacted] for RAWLS, which shows RAWLS as the subscriber for the phone number. The phone provider for the phone number is T-Mobile. Investigators then contacted T-Mobile and requested prospective cell site data location based on exigency, that is, RAWLS is suspected to have committed an arson of a police department within the last 48 hours, with his whereabouts unknown at this time, and the possibility that RAWLS will commit another arson before law enforcement could apply for and receive a search warrant. T-Mobile granted the exigency for the prospective cell site location data.

20. Investigators then determined that RAWLS was showing to be pinging off of a cell phone tower in the Huntsville, AL area. RAWLS is from Huntsville, AL, and investigators were able to determine that RAWLS shows a recent address of [redacted], Huntsville, AL. This address shows to be registered to a family member of RAWLS, Abrellia C Rawls, on the Madison County, AL Tax Assessor's records. The phone pings show to be within 7,000 meters of the [redacted] address.

21. ATF Oxford agents, along with ATF Huntsville agents, began conducting surveillance at the [redacted]. At approximately 9:20 AM on November 2, 2026, surveillance agents observed RAWLS exit a residence on an adjacent property near the residence. RAWLS appears to be wearing a large, white bandage on his right leg and has a noticeable limp

when walking on the right side. RAWLS was wearing no shoes, no socks, and the right pants leg was pulled up above the bandage.

**CONCLUSION**

22. Based on the information above, your affiant believes that probable cause exists to issue an arrest warrant for Garrick RAWLS for violations of Title 18, United States Code, Section 844(i), maliciously damaging or attempting to damage, by means of fire or an explosive, any building or other property affecting interstate commerce.

Respectfully submitted,

JOSHUA GARRETT

Digitally signed by JOSHUA GARRETT
Date: 2026.11.02 10:23:35 -06'00'

Joshua Garrett
Special Agent
ATF

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on Nov. 2, 2026.

HONORABLE ROY PERCY
UNITED STATES MAGISTRATE JUDGE